## NEW et al. v. HENRY et al.

Court of Appeals of Kentucky.

(Decided March 14, 1933.)

L. M. ACKMAN for movant.

HANSON PETERSON and MAC SWINFORD, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## JOHNSON v. LOUISVILLE KLEEN HEET COMPANY'S TRUSTEE IN BANKRUPTCY.

Court of Appeals of Kentucky.

(Decided March 21, 1933.)

DODD & DODD for movant.

ISAAC SHERMAN, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## BRAY v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided March 24, 1933.)

C. E. EVANS and G. D. MILLIKEN, Sr., for movant.

BAILEY P. WOOTTON, Attorney General, and FRANCIS M. BURKE, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.